

**LPG&M**  LAZARE POTTER GIACOVAS & MOYLE LLP

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-3292
apremisler@lpgmlaw.com

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/20

January 21, 2020

*Via ECF*
Honorable Ronnie Abrams, U.S.D.J.
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1506
New York, New York 10007

Re:  *NYCTA v. Hartford Ins. Co. of the Midwest and Hartford Cas. Ins. Co.*
Case Number: 18-CV-2006 (RA)

Dear Judge Abrams:

On September 23, 2019, the Court ordered a stay of this action to January 21, 2020 and further directed that the parties file a joint status letter with the Court on that date. Accordingly, the parties herein submit this letter to the Court with a joint request that the stay be extended for an additional 120 days to May 22, 2020.

In this insurance coverage action, Plaintiff seeks additional insured coverage from Defendants in connection with an underlying personal injury matter styled *Stephanie Jackson v. NYCTA, et al.*, pending in New York State Supreme Court, Bronx County (the "Underlying Action"). Upon information and belief, there have been continuing discussions about a possible mediation and settlement by various parties in the Underlying Action. It is our understanding that those parties will be continuing with these discussions. As such, in our continued effort to avoid unnecessary expense – as well as promote judicial economy – the parties jointly request that this Honorable Court order a further stay of this action until May 22, 2020 to explore possible settlement.

Thank you.

Respectfully submitted,

s/Andrew Premisler
Andrew Premisler
Lazare Potter Giacovas & Moyle, LLP
*Attorneys for Defendants*

---

Application granted. This case shall remain stayed until May 22, 2020, or such earlier time as the parties jointly request a lift of the stay. If the parties have not requested that the stay be lifted by May 22, 2020, the parties shall file a joint status letter with the Court on that date.

SO ORDERED.

Hon. Ronnie Abrams
1/21/2020