# SHEIN & ASSOCIATES, P.C.
575 UNDERHILL BOULEVARD • SUITE 112 • SYOSSET, N.Y. 11791
TEL: (516) 922-6626 • FAX: (516) 922-2797
WWW.SHEINANDASSOCIATES.COM

---

JEFFREY S. SHEIN
FRANK A. POLACCO
STEVEN JOHNSON
---------
ROBERT O. PRITCHARD
TERESA M. SPINA

*OF COUNSEL*
DANIEL J. COSTELLO
MICHELLE RUSSO
ALEXANDER V. SANSONE

September 15, 2020

*Via ECF*
Honorable Lewis J. Liman, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 15C
New York, New York 10007

> This case shall remain stayed until January 18, 2021. In the event that this case is mooted by the underlying action, the parties shall promptly so inform the Court. The parties shall file a joint status letter by January 11, 2021.
> SO ORDERED. 9/17/2020.

Re:   *New York City Transit Authority v. Hartford Insurance Company of the Midwest and Hartford Casualty Insurance Company*
Case Number: 18-CV-2006 (RA).

Dear Judge Liman:

This letter is meant to serve as a joint status letter of the Plaintiff, New York City Transit Authority ("NYCTA"), and the Defendants, Hartford Insurance Company of the Midwest and Hartford Casualty Insurance Company (collectively "Hartford").

Due to the Coronavirus outbreak, the Stay of this matter was extended through September 22, 2020; and a joint status letter is due by September 18, 2020.

In this insurance coverage action, the Plaintiff is seeking additional insured coverage status from the Defendants in connection with an underlying personal injury action entitled *Jackson v. NYCTA, et al*, pending in the Supreme Court of Bronx County under Index No.: 22298/2012.

Upon information and belief, the parties in the underlying action were discussing settlement and mediation; and, then, the NYS Pause went into effect.

The Plaintiff, NYCTA, has not fully returned to work as their headquarters is facing issues being retro-fitted for new social distancing rules.

It is not believed that the parties were able to work on settlement or mediation during the NYS Pause; and, as such, we respectfully request that this matter be stayed for another 180 days to March 22, 2021. This would avoid unnecessary expenses and promote judicial economy.

We appreciate the Court's consideration and thank you.

Respectfully submitted,

s/Steven Johnson                    s/Andrew Premisler
Steven Johnson, Esq.                Andrew Premisler, Esq.
Shein & Associates, P.C.            Lazare Potter Giacovas & Moyle, LLP
*Attorneys for Plaintiff*           *Attorneys for Defendants*